# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Western Star Drilling Company,   ) | |
| a North Dakota Corporation;   ) | |
| ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| Jake Oil, LLC, a Montana limited liability   ) | Case No. 4:07-cv-018 |
| company, Silver Tip Energy, LLC, a   ) | |
| Montana limited liability company, and   ) | |
| Robson Energy, LLC, an Arizona   ) | |
| limited liability company,   ) | |
| ) | |
| Defendants.   ) | |

Before the Court is a "Stipulation for Extension of Time for Plaintiff's Reply to Defendant Robson Energy's Motion for Partial Summary Judgment" filed on February 28, 2008. See Docket No. 24. The parties agree that the plaintiff may have until March 28, 2008, to file a reply to defendant Robson Energy's Motion for Partial Summary Judgment. The Court **ADOPTS** the parties' stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 29th day of February, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court