**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Western Star Drilling Company, )<br>a North Dakota Corporation; )<br>  ) <br>                    Plaintiff, )<br>  )<br>     vs. )<br>  )<br>Jake Oil, LLC, a Montana limited liability )<br>company, Silver Tip Energy, LLC, a )<br>Montana limited liability company, and )<br>Robson Energy, LLC, an Arizona )<br>limited liability company, )<br>  )<br>                    Defendants. ) | **ORDER ADOPTING STIPULATION**<br><br>Case No. 4:07-cv-018 |

_____

Before the Court is a "Second Stipulation for Extension of Time for Plaintiff's Reply to Defendants' Motions for Partial Summary Judgment" filed on March 19, 2008. See Docket No. 30. The parties agree that the plaintiff may have until April 30, 2008, to file a response to the Defendants' Motions for Partial Summary Judgment. The Court **ADOPTS** the parties' stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court