**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Western Star Drilling Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| Jake Oil, LLC, a Montana limited liability | ) | |
| Company, Silver Tip Energy, LLC, a | ) | |
| Montana limited liability company, and | ) | Case No. 4:07-cr-018 |
| Robson Energy, LLC, an Arizona | ) | |
| limited liability company; | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation for Dismissal" filed on November 21, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 38) and **ORDERS** that the case be dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated this 24th day of November, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court